**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMA C. MOLINA;<br>PRECIOUS M. VALBUENA,<br><br>   Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>   Defendants. | Case No.: 10-CV-05846-LHK<br><br>ORDER DISMISSING FEDERAL CLAIMS WITH PREJUDICE AND REMANDING CASE |

On March 7, 2011, the Court issued an Order dismissing Plaintiffs' federal claims with leave to amend in part. *See* Order Dismissing Federal Claims with Leave to Amend in Part, ECF No. 22. The deadline for filing amended claims was 30 days from the date of the order, or April 6, 2011. The Court advised Plaintiffs that if they were unable to amend the Complaint to state a claim for violations of federal law, the Court would not exercise supplemental jurisdiction over the remaining state law claims and would remand the case to state court. As of today, April 14, 2011, Plaintiffs have not filed an amended complaint. Accordingly, Plaintiffs' federal claims are DISMISSED with prejudice, and the remaining state law claims are hereby REMANDED to the Superior Court for Santa Clara County. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 14, 2011

                _____
                LUCY H. KOH
                United States District Judge